IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATHLEEN ALMEDA, ET AL., on behalf )
of themselves and all others similarly situated, )
)
Plaintiffs, )
)
vs. ) No. 3:05CV00024JLH
)
CRITTENDEN COUNTY, ARKANSAS, )
a political subdivision of the State of Arkansas, )
)
Defendant. )

### AGREED ORDER

Counsel for the parties having reached an agreement as to the appropriate resolution of defendant's motion for sanctions or, alternatively, to compel, the Court finds that counsel for plaintiffs should serve counsel for defendant, on or before Friday, July 13, 2006, with the following:

1. answers to interrogatories nos. 31 and 32;

2. verifications from any of the remaining ten (10) plaintiffs who have not previously provided verifications and who do not file a motion for voluntary nonsuit on or before Friday, July 13, 2006; and

3. amended responses to defendant's second set of requests for admissions, admitting the authenticity of the budget documents attached to the requests and of plaintiffs' W-2 forms produced by defendant in discovery, including the 2005 W-2 forms provided to counsel for plaintiffs by counsel for defendant on Friday, June 23, 2006.

Should any plaintiff fail to comply with the foregoing, the Court will impose appropriate sanctions on said plaintiff.

IT IS SO ORDERED.

_____
J. LEON HOLMES, DISTRICT JUDGE

DATE: June 26, 2006

AGREED:

_____
TOM DONALDSON
Attorney for Plaintiffs

_____
JOE ROGERS
Attorney for Defendant

2