# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KATHLEEN ALMEDA, *et al.*                                           PLAINTIFFS

v.                          NO. 3:05CV00024 JLH

CRITTENDEN COUNTY, ARKANSAS                          DEFENDANT

## ORDER

The parties have moved to extend certain discovery and dispositive motions deadlines. The motion (Docket #96) is granted. The discovery deadline is extended until *August 10, 2006*; status reports must be filed no later than *August 21, 2006*; all motions except motions in limine must be filed on or before *August 21, 2006*.

Pretrial disclosure sheets will now be due by *September 5, 2006*. The trial date remains September 18, 2006, in Jonesboro, Arkansas.

IT IS SO ORDERED this 28th day of June, 2006.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE