**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KATHLEEN ALMEDA, *et al.*                                                                      PLAINTIFFS

v.                                              No. 3:05CV00024 JLH

CRITTENDEN COUNTY, ARKANSAS                                                          DEFENDANT

### ORDER

The Court conducted a telephone conference on November 20, 2006, regarding the status of this case. Thomas F. Donaldson, Jr., was present for plaintiffs; Joe M. Rogers was present for defendant. This action was filed on February 14, 2005, naming sixty-four (64) separate plaintiffs. Subsequently, on December 15, 2005, counsel for plaintiffs submitted fifty-one (51) Consent to Join Collective Action notices for filing. The fifty-one (51) additional current and former employees were not added as plaintiffs in this matter however.

The parties have previously submitted to the Court an Agreed Order Approving Settlement Agreement, in which it was stipulated that the sixty-four (64) named plaintiffs have settled their claims against defendant. The parties further stipulated that the claims of forty-nine (49) of the current and former employees who submitted consent notices have also been settled. There remain two current or former employees who submitted Consent to Join Collective Action notices on December 15, 2005, who have not settled their claims, Robert Bretherick and Leon Haley.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to add Robert Bretherick and Leon Haley as named plaintiffs in this matter. The claims of these plaintiffs will proceed under the deadlines previously imposed in the Court's Amended Final Scheduling Order entered on July 19, 2006.

IT IS SO ORDERED this 21st day of November, 2006.

  
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE