**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROBERT BRETHERICK and                                                                    PLAINTIFFS
LEON HALEY

v.                                                NO. 3:05CV00024 JLH

CRITTENDEN COUNTY, ARKANSAS,
a political subdivision of the State of Arkansas                                      DEFENDANT

<u>**JUDGMENT**</u>

Judgment is hereby entered in favor of Crittenden County, Arkansas, on the claims of Robert

Bretherick.  Robert Bretherick's claims are dismissed with prejudice.  Pursuant to Rule 54(b) of the

Federal Rules of Civil Procedure, the Court directs an entry of final judgment as to the claims of

Robert Bretherick and makes an express determination that there is no just reason for delay.  The

Court expressly directs the entry of judgment as to the claims of Robert Bretherick.

IT IS SO ORDERED this 21st day of March, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE