**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LEON HALEY                                                                                          PLAINTIFF

v.                                              No. 3:05CV00024 JLH

CRITTENDEN COUNTY, ARKANSAS,
a Political Subdivision of the State of Arkansas                                        DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is hereby entered in favor of Crittenden County, Arkansas, on the claims of Leon Haley. Haley's complaint is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of May, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE